■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OSCAR NUNEZ, t/n MORRIS BILES, Appellant. [800 NYS2d 841]— Judgment, Supreme Court, New York County (Charles Solomon, J.), rendered February 25, 2003, convicting defendant, after a jury trial, of unauthorized use of a vehicle in the second degree, and sentencing him, as a second felony offender, to a term of 2 to 4 years, unanimously affirmed.

The verdict was based upon legally sufficient evidence and was not against the weight of the evidence. There was ample evidence that defendant exercised control of a car (*see People v Roby*, 39 NY2d 69 [1976]), and did so with knowledge that he lacked consent of the owner (*see Matter of Raquel M.*, 99 NY2d 92 [2002]).

The court properly denied defendant's motion to suppress his statement to the arresting officers. *Miranda* warnings were not required since defendant was not subject to custodial interrogation (*see People v Huffman*, 41 NY2d 29, 33-34 [1976]). Concur—Friedman, J.P., Marlow, Gonzalez and Catterson, JJ.